## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **NEUROCRINE BIOSCIENCES, INC.**, <br><br> *Plaintiff,* <br><br> v. <br><br> **SPRUCE BIOSCIENCES, INC.**, <br><br> *Defendant.* | **Case No. 1:25-cv-00059-JDW** |

### ORDER

**AND NOW**, this 13th day of March, 2025, it is **ORDERED** that Defendant Spruce Biosciences, Inc. shall file its Rule 12 motion and supporting brief on or before March 19, 2025. Plaintiff Neurocrine Biosciences, Inc. shall file its response by April 16, 2025, and Spruce shall reply on or before April 23, 2025.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.