# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **NEUROCRINE BIOSCIENCES, INC.**, | |
| *Plaintiff*, | |
| v. | **Case No. 1:25-cv-00059-JDW** |
| **SPRUCE BIOSCIENCES, INC.**, | |
| *Defendant*. | |

## ORDER

**AND NOW**, this 18th day of March, 2025, upon review of the docket in the above-captioned matter, it is **ORDERED** that Defendant Spruce Biosciences, Inc. shall file a disclosure statement pursuant to Fed. R. Civ. P. 7.1(a)(1) within seven (7) days of the date of this Order.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.